UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISRAEL AVALOS-LUNA, <br><br> Defendant. | Case Nos. MJ22-356 <br><br> DETENTION ORDER |

Mr. Avalos-Luna is charged by indictment, in the District of Oregon, with one count of illegal reentry, 8 U.S.C. § 1326(a). The Court held a detention hearing on August 5, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Avalos-Luna has ties to a foreign country and is therefore a risk of flight.

2. Mr. Avalos-Luna poses a risk of nonappearance based on a history of failures to appear, indications of an unstable living situation, association with multiple alias and dates of birth, and several prior removals from the United States.

3. Mr. Avalos-Luna declined to be interviewed by Probation and Pretrial Services.

DETENTION ORDER - 1

Therefore, there is limited information available about him, and his background and recent ties to this District are not known.

4. Mr. Avalos-Luna poses a risk of danger due to his recent criminal history.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Avalos-Luna's appearance at future court hearings while addressing the danger to other persons or the community pending his initial appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1) Mr. Avalos-Luna shall be detained pending initial appearance in the District of Oregon, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Avalos-Luna shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Avalos-Luna is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  5th  day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2